United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER REYES SUAREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01114 |
| | § | |
| RAYMOND THOMPSON, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL AND CASE CLOSURE

Based on the Respondents' Notice of Release and evidence showing that the petitioner has been released on bond and that this case may be closed, it is hereby **ORDERED** that this case is **DISMISSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this 18th day of August 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE